IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL D. SCHRAUT,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 18-cv-266-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Michael D. Schraut affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits.

| s/ V. Olmo, Deputy Clerk | 6/16/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |